25

Anthaney Lee OConnor
FULL NAME

COMMITTED NAME (if different)

FCI Sheridan, Federal correctional complex
FULL ADDRESS INCLUDING NAME OF INSTITUTION

Po box 5000, Sheridan, oR, 97378

53021-511
PRISON NUMBER (if applicable)

FILED 23 NOV '26 11:19 USDC-ORP

UNITED STATES DISTRICT COURT
DISTRICT OF

| | |
|---|---|
| Anthaney OConnel lee<br><br>PLAINTIFF,<br><br>v.<br><br>united statesofAmerica<br><br>DEFENDANT(S). | CASE NUMBER 3:26-cv-02560-AN<br>*To be supplied by the Clerk*<br><br>**CIVIL RIGHTS COMPLAINT PURSUANT TO** *(Check one)*<br>☑ 42 U.S.C. § 1983<br>☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971) |

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes ☑ No

2. If your answer to "1." is yes, how many? ________________

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a. Parties to this previous lawsuit:
Plaintiff ______

Defendants ______

b. Court ______

c. Docket or case number ______

d. Name of judge to whom case was assigned ______

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) ______

f. Issues raised: ______

g. Approximate date of filing lawsuit: ______

h. Approximate date of disposition ______

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☑ Yes ☐ No
underlined no complaint here beside kidnapped

2. Have you filed a grievance concerning the facts relating to your current complaint? ☐ Yes ☑ No

If your answer is no, explain why not I filed a Hebeaus corpus before I left Anchorage, AK Dist court?

3. Is the grievance procedure completed? ☐ Yes ☑ No

If your answer is no, explain why not Still waiting on reply, turned it in middle of the year

4. Please attach copies of papers related to the grievance procedure. Don't have left all papers in Anchorage Dist court has it 222 K St

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff Anthaney lee oconnor
(print plaintiff's name)

who presently resides at FCI Sheridan, Federal correctional complex, Po box 5000, Sheridan, OR 97378
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at

FCI Sheridan · city's Anchorage and Sheridan
(institution/city where violation occurred)

on (date or dates) Wrongfull arrest no bail 12/19/24 (Claim I), June or July Sentencing forgot the days Stress 2026 (Claim II), arrival at Sheridan 2026 (Claim III).

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant United States DePartment of Justice, [illegible] Judge Michal [illegible] Heyman resides or works at
(full name of first defendant)
222 West 7th Avenue, Anchorage, AK
(full address of first defendant)
Dept of Justice
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

Explain how this defendant was acting under color of law:
Above my ~~office~~ Peacefull helPful RespectFull self. they compleatly ignored me refusing to hear me out, I tried to withdrawl Plea they ignored me and Sentanced me Maliciously. neglegently Proceeded Skim Data

2. Defendant Alexis Howell Pub Defender resides or works at
(full name of first defendant)
Fairbanks unknown all She told me
(full address of first defendant)
Public Defender
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

Explain how this defendant was acting under color of law:
She refused to helP me in anyway, I asked for motions to Dismiss and other Stuff. discrimitivly neglegent

3. Defendant Federal Bureau of Investigations Anchorage resides or works at
(full name of first defendant)
unknown Anchorage, AK
(full address of first defendant)
~~Field agents~~ Fed Bureau
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☑ official capacity.

Explain how this defendant was acting under color of law:
acted as if I'm a bad guy even tho I assisted Law enforcement with, Celeb French Airbase mechanic he got 12 years hes different than I he likes real I like Fictional

4. Defendant Elmendwarf Airbase OSI resides or works at
(full name of first defendant)
Anchorage, AK, Airbase
(full address of first defendant)
On Sceane investigation
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☑ official capacity.

Explain how this defendant was acting under color of law:
Start of it all reported celeb 3 months before 12/18/24
with evidence. they pointed at me via golden picture. Mixed my
Legal Fake Porn into it made me out to be a bad guy

5. Defendant United States of America resides or works at
(full name of first defendant)
united states of America
(full address of first defendant)
?
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☑ official capacity.

Explain how this defendant was acting under color of law:
All of the above

## D. CLAIMS*

### CLAIM I

The following civil right has been violated:

1st Amendment Speech suppression, 4th unreasonable Searches and seizures Kid napped, invasion of privacy Phones and computers 5th Due Process, Full ~~A~~ and ineffective assistance. forgot 2nd right to bare Arms in this case information. 6th Face Accuser, 8th bail and unuseal Punishments. 10th state matter State Jurisdiction... 14th Pursuit to happiness, Liberty ~~equal~~ Justice, right to acquire Property Posses, receive. of every Kind and Pursue and obtain happiness.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

The united States of America, has discrimitivly, Mallcousiy, Prosecuted me for something I didn't even do. I assisted law enforcement by reporting Celeb French in Aug of 2024 ~~they~~ with evidence. they waited till Dec 19th to even do anything about Celeb... I said they can look at this evidence, hince limited consent, they ignored me and looked deeper into my phone and illegaly spied on me remote view for 10 days. started all from 4th Violations Stacking on up to now every single Amendment 1,2,4,5,6,8, 10,14... denied bail when statutes state only if victim or firearm. cruel unusual Punishment to deny bail especially when my younger sister died, well I was in Pretrial. Nov 2025 she left a kid was 2 She'd Probally still be alive if I was there to help her... her name is now on a wall in a cemetary 9th Ave, Jamie Nicholas Lee. Its so bad how they treated me vs Celeb, I know hes in Engalwood FCI better than here.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

**E. REQUEST FOR RELIEF**

I believe that I am entitled to the following specific relief:

21 million dollars none taxable, Removal of all Data of me from this Arrest and imprisonment. Prints, mug shots, Every thing leading from 12/19/24 to now. Return of all my Property and Missing Phones Samsung Flip 5 and Fold 3 they removed it on newer revised PSR. Data Restored aka Data carve it back to how it was. Fire the Agents involved neglective duty 3months to Arrest celeb when I gave sufficient evidence to get him that day or 2. Fire Public Defenders Brian Heady and Alexis Howell, and Judge Michal Heymen, tho the crime conspiracy said death is an option would be cost effective. and for my Property devices if returned Factory reset aka wiped I'm gonna have to say 8 million Extra non-taxable

Anthoney Oconnor Lee

(Date) (Signature of Plaintiff)

in legal Papers
4th Page in Following [illegible] Crazy
how celeb went to better prison and his points are wrong
obstruction Phone destroyed, Stalking kids, Poss, Dist. Im suffering here
at this prison cold ect ect. how I know Phone distroyed he told me
in Acc. I told him I had to report him when he sent me the stuff

I don't understand why they even decided to Put me in thier scope, when I was the victim to a crime which I reported to APD, followed up with a # APD told me to call dealing with Airbase OSI, got a hold told them they Picked me up for interview/vestigation. showed them the evidence that celeb sent me. After they asked "law enforcement" APD came any way. after they said they dont deal with matters on base. they asked if they can take my Phone to Show the FBI my guess. So I said sure since, I knew I didnt have anything bad to incriminate myself they shouldnt have bitten the hand that feeds. now they victimized a victim only trying to do a right thing for once. my Porn is legal never have I met any Minors "EXPloited" if I did I'd report the matter. I told my Pub Def my ~~Porn~~ Porn/Art is all from websites told them the sites to. E621 Furry hince the "beastiality" fictional. rule 34 it motto if it exsists theres Porn of it. be it video game Modles/cartoon/Animal Animations All under 2256 (11) doesn't count Pixiv Same fictional as far as I'm aware 2256(11) all my porn is Pixle Paintings Art 92gh pixiv is more life "like" but fake more realistic creations but cartoon/Pixle Paint/Anime. I never really cared for real Porn its bland and has a chance to Pay real criminals. So this is my first time on the ~~[illegible]~~ field for civil anything So forgive me, even fighting a "criminal case" let me win Please I've lost alot :( I'm a SPed dropout... 11 grade

Page#2 → exchangment

 #1

Mindfullness can defeat your inner bigot.

we are wierd n wired to be Prejudiced and a bit racist,

Here's the unpalatable truth: were biased, Predjudiced and quite Possibly a little bit racist. Psychologists have long known that we Put People into little mental boxes marked 'us' and 'them'. we implicitly like, respect and trust People who are the most similar to us. and feel uncomfortable around everybody else. and before you deny it, this tendency towards in-group favouritism is so ingrained we often don't realise were doing it. it is an evolutionary hangover affecting how the human brain responds to People it Perceives as different. thee Amygdala Part of the brains fear circuitry. According to more recent research opps research, however, the Amygdala doesn't just controll fear; it responds to many things, calling on other brain areas to Pay attention. So although we're not automatically scared of People different from us, we are hardwired to flag them. Evolutionarily, that makes sense: it Paid to notice when someone from another tribe dropped by. were also Prone to dehumanisation. As soon as you have a basis for dealing with a Person as an individual, the effect is not there... predication requirement. motives? racist, sexist, or whatever. wait a minute, you might ask, what if those officials really are racist or sexist? Shouldn't we do something about that?

II 2

in con law 920 Freedom of Press sex matters

The Portrayal of sex in art, literature, and scientific works is not itself sufficient reason to deny the material the Protection of Freedom of speech and Press; No right is held more secret, or is more carefully guarded, by the common law then the right of every individual to the Possesion of his own Person. The 10 commendment represent a Philosophy of Gov held by many of the founders of this nation and by many Arkansans and other Americans today, that God has limited the authority to civil government, and that God has endowed People with certain unalienable rights, including life, liberty, and Pursuit of happiness. Con law 920 Freedom of Speech and Press, obscenity violates con guaranty. Freedom of speech, speak one mind altho not always with good taste. 1st doesn't Protect speech that Presents a danger. US con 1st Protects the free exchangement of ideas under either a Pure speech or associational theory, the states Purpose of eliminating discrimination on the basis of sexual orientation. The 1st Prohibs Congress from making any law that abridges the freedom of speech, A law imposing crim Pen on Protected speech constitutes suppression of speech, the right to freedom of speech, however is not absolute via C.P Involving an actual child depicting tho me Anthancy only ever got Depictions ∈ Data. AI generated is a Deep fake Computer generated Not "Actual" childeren. Explotation means any of the following 18 usc 2241, 2242, 2243, 2251(a)-(c), 2251A, 2260, 2421, 2422. Sex explotation doesn't include, Possession, accessing to view, receipt, trading.

DATA to DATA no child

#3

Though the 1st Amendment generally bars the regulation of speech, there is an exception for the regulation of true threats, or statement where the speaker means to communicate a serious expression of an intent to commit an act of unlawful violence to a particular individual or group of indivs. to qualify as a true threat in a criminal cases, the speech must meet both an objective and subjective test. the objective test depends not on the mental state of the author, but on what the statement conveys to the person on the other end. The court must therefore consider the surrounding events and reaction of the listeners. ~~the court must ask if the statement~~ would be understood by people hearing or reading it in context as a serious expression of an intent to kill or injure

" " " "

Vol 2018 Country reports on Human rights practices for 2018 Preface

#4

5th prohibs a mans compulsion to testify against himself

The U.S was founded on the Premise that all Persons "are created equal, that they are endowed by thier Creator with certain unalienable Rights, that among these are Life, Liberty and Pursuit of Happiness." Our Constitution secures these unalienable rights by Proclaiming in the First Amendment that "congress shall make no law respecting an establishment of religion, or Prohibiting the free exercise thereof; or abridging the freedom of speech, or of the Press; or the right of the People Peaceably to assemble, and to Petition the Government for a redress of grievances" The ~~Fifth~~ 5th Amendment also sets out that no Person shall "be deprived of life, liberty, or Property, without due Process of law." The founders of the US and delegates to the UN Commission on Human rights recognized that these fundamental freedoms of religion or belief, expression, Peaceful assembly and association belong to every human being. These freedoms are not granted by governments but are derived from the inherent dignity of the human Person. Nor may they be unduly restricted by gov even to further some economic, social, or cultural Purpose. They are unalienable. Govs are charged with ensuring that the gov itself does not wrongfully interfere with human rights and fundamental freedoms. No one shall be subjected to arbitrary arrest, detention or exile. All are equal before the law

↘

I'd rather be human than Perfect! alot of stuff your getting is AI generated. legal Papers all I hear is People using AI gen responses. BTW none of my stuff isnt AI generated. I'm not a sheep The Automated Industry has always been around, :. I prefer what human can make.

I should've never been arrested or convicted Receipt of CP is also unconstitutional chapter 110 is and 78? obscenelty

Anthaney O connor 53021511
FCI Sheridan
Federal correctional complex
Po box 5000
Sheridan, OR, 97378




U.S District Court Mark, O Hat
1000 Southwest 3rd Avenue
Portland, OR, 97204-2802